**Electronically Filed
Supreme Court
SCWC-15-0000960
30-JUN-2020
04:00 PM**

SCWC-15-0000960

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF
THE ELAINE EMMA SHORT REVOCABLE LIVING TRUST AGREEMENT
DATED JULY 17, 1984, as amended.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000960; T. NO. 15-1-0165)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent First Hawaiian Bank's

Motion for Reconsideration on Attorneys' Fees Issue, filed on

June 29, 2020, (Motion) and the documents submitted in support

thereof, and the record herein,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, June 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

